**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Daihana Aponte-Abreu           CHAPTER 13
       Debtor(s)

BKY. NO. 22-12385 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, and index same on the master mailing list.

                            Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
30 Dec 2022, 12:03:42, EST

                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322