UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re. Daihana Aponte-Abreu, | : | |
| Debtor, | : | Chapter 13 |
| | : | |
| Lakeview Loan Servicing, LLC, | : | |
| Movant, | : | 22-12385 |
| vs. | : | |
| | : | |
| Daihana Aponte-Abreu, | : | |
| Debtor, | : | |
| Scott F. Waterman, | : | |
| Trustee. | : | |

DEBTOR'S RESPONSE TO OF LAKEVIEW LOAN SERVICING, LLC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

Debtor, by and through her attorney, hereby responds as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied.
7. Denied.
7. [sic] Denied.
8. Denied.
9. Denied.
10. Denied.

WHEREFORE, Debtor respectfully requests that Movant's request for relief from the automatic stay be denied.

February 17, 2023

/s/ David W. Tidd
David W. Tidd, Esquire
I.D. 88203
656 Ebersole Road
Reading, PA 19605
Phone: 610-837-8700
Email: bankruptcy@davidtiddlaw.com