**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Daihana Aponte-Abreu <br> <u>Debtor(s)</u> | CHAPTER 13 |
| Lakeview Loan Servicing, LLC <br> <u>Movant</u> <br> vs. | NO. 22-12385 PMM |
| Daihana Aponte-Abreu <br> <u>Debtor(s)</u> | |
| Scott F. Waterman <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

**<u>ORDER</u>**

AND NOW, this  10th  day of  May , 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

United States Bankruptcy Judge