| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-12385-PMM**

Daihana Aponte-Abreu  
216 Carriage Drive  
Wernersville  PA  19565

Petition Filed Date: 09/08/2022  
341 Hearing Date: 10/18/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/29/2022 | $135.00 | | 11/29/2022 | $269.00 | | 12/12/2022 | $135.00 | |
| 12/27/2022 | $135.00 | | 01/11/2023 | $135.00 | | 01/24/2023 | $135.00 | |
| 02/06/2023 | $135.00 | | 02/21/2023 | $135.00 | | 03/06/2023 | $135.00 | |
| 03/20/2023 | $135.00 | | 04/03/2023 | $135.00 | | 04/17/2023 | $135.00 | |
| 05/01/2023 | $135.00 | | 05/15/2023 | $135.00 | | 05/30/2023 | $135.00 | |
| 06/12/2023 | $135.00 | | 06/27/2023 | $135.00 | | 07/11/2023 | $135.00 | |
| 07/24/2023 | $135.00 | | | | | | | |

**Total Receipts for the Period:  $2,699.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,834.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Unsecured Creditors | $106.20 | $0.00 | $0.00 |
| 2 | DIRECTV LLC<br>»» 002 | Unsecured Creditors | $584.01 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $2,724.99 | $0.00 | $0.00 |
| 4 | US DEPARTMENT OF EDUCATION<br>»» 004 | Unsecured Creditors | $14,660.97 | $0.00 | $0.00 |
| 5 | SUN FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $2,892.82 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $735.30 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $207.99 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $151.57 | $0.00 | $0.00 |
| 9 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 009 | Unsecured Creditors | $285.15 | $0.00 | $0.00 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $2,285.83 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK NEVADA NA<br>»» 011 | Unsecured Creditors | $2,393.30 | $0.00 | $0.00 |
| 12 | VERIZON BY AIS AS AGENT<br>»» 012 | Unsecured Creditors | $108.41 | $0.00 | $0.00 |
| 13 | VERIZON BY AIS AS AGENT<br>»» 013 | Unsecured Creditors | $121.82 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12385-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | NATIONSTAR MORTGAGE LLC<br>»»  014 | Mortgage Arrears | $13,905.47 | $0.00 | $0.00 |
| 15 | NATIONSTAR MORTGAGE LLC<br>»»  14P | Mortgage Arrears | $4,569.73 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,834.00 | Current Monthly Payment: | $269.00 |
| Paid to Claims: | $0.00 | Arrearages: | $125.00 |
| Paid to Trustee: | $240.22 | Total Plan Base: | $16,140.00 |
| Funds on Hand: | $2,593.78 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.