UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re. Daihana Aponte-Abreu,  :
      Debtor,  :  Chapter 13
        :
        :  22-12385-PMM

CERTIFICATE OF SERVICE OF
DEBTOR'S FOURTHAMENDED
CHAPTER 13 PLAN

    I certify that on this date I served Debtor's Fourth Amended Chapter 13 Plan upon those on the attached list by CM/ECF and/or First-class mail.

October 17, 2023

/s/ David W. Tidd
David W. Tidd, Esquire
ID 88203
656 Ebersole Road
Reading, PA 19605
Phone: 610-837-8700
Email: bankruptcy@davidtiddlaw.com

```
Label Matrix for local noticing            Lakeview Loan Servicing, LLC              Reading
0313-4                                     P.O. Box 619096                           United States Bankruptcy Court
Case 22-12385-pmm                          Dallas, TX 75261-9096                     Office of the Clerk, Gateway Building
Eastern District of Pennsylvania                                                     201 Penn Street, 1st Floor
Reading                                                                              Reading, PA 19601-4038
Tue Oct  3 08:43:15 EDT 2023

American Express National Bank             Amex                                      (p)SELF INC
c/o Becket and Lee LLP                     Correspondence/Bankruptcy                 901 E 6TH STREET SUITE 400
PO Box 3001                                Po Box 981540                             AUSTIN TX 78702-3206
Malvern  PA 19355-0701                     El Paso, TX 79998-1540


CCI/Contract Callers Inc                   (p)JPMORGAN CHASE BANK  N A               Credit Collection Services
Attn: Bankruptcy Dept                      BANKRUPTCY MAIL INTAKE TEAM               Attn: Bankruptcy
501 Greene St Ste 302                      700 KANSAS LANE FLOOR 01                  725 Canton St
Augusta, GA 30901-4415                     MONROE LA 71203-4774                      Norwood, MA 02062-2679


Directv, LLC                               Discover Bank                             Discover Financial
by American InfoSource as agent            Discover Products Inc                     Attn: Bankruptcy
4515 N Santa Fe Ave                        PO Box 3025                               Po Box 3025
Oklahoma City, OK 73118-7901               New Albany, OH  43054-3025                New Albany, OH 43054-3025


Enhanced Recovery Company                  Household Finance Co/OneMain Financial    KML Law Group
Attn: Bankruptcy                           Attn: Bankruptcy                          Suite 5000
8014 Bayberry Road                         Po Box 3251                               701 Market Street
Jacksonville, FL 32256-7412                Evansville, IN 47731-3251                 Philadelphia, PA 19106-1541


Keystone Crd                               Lakeview Loan Servicing LLC               Lakeview Loan Servicing, LLC
664 Furnace Hills Pike                     4425 Ponce DeLeon Blvd                    C/O KML Law Group
Lititz, PA 17543-8907                      Mail Stop Ms5/251                         701 Market Street Suite 5000
                                           Miami, FL 33146-1837                      Philadelphia, PA. 19106-1541


Lakeview Loan Servicing, LLC               Lakeview Loan Servicing, LLC              Midland Credit Management, Inc.
Nationstar Mortgage LLC                    c/o Christopher A. DeNardo                PO Box 2037
P.O. Box 619096                            LOGS Legal Group LLP                      Warren, MI 48090-2037
Dallas, TX 75261-9096                      3600 Horizon Drive, Suite 150
                                           King of Prussia PA 19406-4702


Midland Fund                               (p)NJ EZPASS                              Pennsylvania Department of Revenue
Attn: Bankruptcy                           ATTN ATTN NJ EZPASS/ JASMINE JENKINS      Bankruptcy Division PO BOX 280946
350 Camino De La Reine, Suite 100          375 MCCARTER HIGHWAY                      Harrisburg, PA 17128-0946
San Diego, CA 92108-3007                   SUITE 200
                                           NEWARK NJ 07114-2562


Quantum3 Group LLC as agent for            Receivables Managemnt Partners            Sun Federal Credit Union
CF Medical LLC                             Attn: Bankruptcy                          Attn: Bankruptcy
PO Box 788                                 Po Box 630844                             1627 Holland Dr
Kirkland, WA  98083-0788                   Cincinnati, OH 45263-0844                 Maumee, OH 43537-1622


Sun Federal Credit Union                   Synchrony Bank                            UNITED STATES DEPARTMENT OF EDUCATION
c/o Weltman, Weinberg & Reis Co LPA        c/o of PRA Receivables Management, LLC    CLAIMS FILING UNIT
965 Keynote Circle                         PO Box 41021                              PO Box 8973
Cleveland, OH 44131-1829                   Norfolk, VA 23541-1021                    Madison, WI 53708-8973
```

```
USDOE/GLELSI                        United States Trustee                  (p)UPLIFT  INC
Attn: Bankruptcy                    Office of United States Trustee        5301 KIETZKE LN STE 200
Po Box 7860                         Robert N.C. Nix Federal Building       RENO NV 89511-2083
Madison, WI 53707-7860              900 Market Street
                                    Suite 320
                                    Philadelphia, PA 19107-4202


Verizon                             Verizon                                Wells Fargo Bank, N.A., Wells Fargo Card Ser
Verizon Wireless Bk Admin           by American InfoSource as agent        PO Box 10438, MAC F8235-02F
500 Technology Dr Ste 550           4515 N Santa Fe Ave                    Des Moines, IA  50306-0438
Weldon Springs, MO 63304-2225       Oklahoma City, OK 73118-7901



DAVID W. TIDD                       Daihana Aponte-Abreu                   (p)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
David W. Tidd, Esquire              216 Carriage Drive                     2901 ST LAWRENCE AVE
656 Ebersole Road                   Wernersville, PA 19565-9470            SUITE 100
Reading, PA 19605-3292                                                     READING PA 19606-2265
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Atlantic Capital Bank               Chase Card Services                    New Jersey Turnpike Authority
Attn: Bankruptcy                    Attn: Bankruptcy                       1 Turnpike Plaza, P.O. Box 5042
945 East Paces Ferry Road, 16th Floor  P.O. 15298                          Woodbridge, NJ 07095
Atlanta, GA 30326                   Wilmington, DE 19850


Uplift, Inc.                        SCOTT F. WATERMAN [Chapter 13]
Attn: Bankruptcy                    Chapter 13 Trustee
440 N Wolfe Rd                      2901 St. Lawrence Ave.
Sunnyvale, CA 94085                 Suite 100
                                    Reading, PA 19606
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Lakeview Loan Servicing, LLC     (u)Wells Fargo                         End of Label Matrix
P.O. Box 619096                                                            Mailable recipients   38
Dallas , TX 75261-9096                                                     Bypassed recipients    2
                                                                           Total                 40
```