United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12385-pmm |
| Daihana Aponte-Abreu | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 19, 2023 | Form ID: 155 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daihana Aponte-Abreu, 216 Carriage Drive, Wernersville, PA 19565-9470 |
| 14719868 | + | Keystone Crd, 664 Furnace Hills Pike, Lititz, PA 17543-8907 |
| 14724014 | + | Lakeview Loan Servicing, LLC, c/o Christopher A. DeNardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14729575 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 00:24:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14719860 | + | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 00:24:30 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14719862 | + | Email/Text: compliance@contractcallers.com | Oct 20 2023 00:11:00 | CCI/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St Ste 302, Augusta, GA 30901-4415 |
| 14719864 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2023 00:11:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14721836 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 00:24:30 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14721867 | | Email/Text: mrdiscen@discover.com | Oct 20 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14719865 | + | Email/Text: mrdiscen@discover.com | Oct 20 2023 00:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14719866 | + | Email/Text: bknotice@ercbpo.com | Oct 20 2023 00:11:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14719867 | + | Email/PDF: cbp@omf.com | Oct 20 2023 00:12:54 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14719863 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2023 00:24:36 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14719869 | ^ | MEBN | Oct 20 2023 00:08:00 | KML Law Group, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14719870 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 00:11:00 | Lakeview Loan Servicing LLC, 4425 Ponce DeLeon Blvd, Mail Stop Ms5/251, Miami, FL 33146-1837 |
| 14734363 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 00:11:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14745992 | ^ | MEBN | | |

Case 22-12385-pmm   Doc 55   Filed 10/21/23   Entered 10/22/23 00:31:23   Desc Imaged
                        Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 155 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type / Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2023 00:08:01 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14723619 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 00:11:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14723200 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2023 00:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14719871 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2023 00:11:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14726603 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 20 2023 00:11:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14720596 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14726116 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 00:11:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14719873 | ^ | MEBN | Oct 20 2023 00:07:51 | Receivables Managemnt Partners, Attn: Bankruptcy, Po Box 630844, Cincinnati, OH 45263-0844 |
| 14719861 | | Email/Text: bankruptcy@self.inc | Oct 20 2023 00:11:00 | Atlantic Capital Bank, Attn: Bankruptcy, 945 East Paces Ferry Road, 16th Floor, Atlanta, GA 30326 |
| 14719874 | + | Email/Text: consumerlending@sunfcu.org | Oct 20 2023 00:11:00 | Sun Federal Credit Union, Attn: Bankruptcy, 1627 Holland Dr, Maumee, OH 43537-1622 |
| 14722558 | + | Email/Text: BKRMailOps@weltman.com | Oct 20 2023 00:11:00 | Sun Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14720090 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:12:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14722384 | | Email/Text: electronicbkydocs@nelnet.net | Oct 20 2023 00:11:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO Box 8973, Madison, WI 53708-8973 |
| 14719875 | | Email/Text: bankruptcies@uplift.com | Oct 20 2023 00:11:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 14719876 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 20 2023 00:11:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14733347 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 00:12:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14719877 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 20 2023 00:11:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14732931 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 00:12:54 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14719879 | | Wells Fargo |
| 14719872 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14719878 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| DAVID W. TIDD | on behalf of Debtor Daihana Aponte-Abreu bankruptcy@davidtiddlaw.com lesliebrown.paralegal@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Daihana Aponte−Abreu
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−12385−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 19, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Patricia M. Mayer
                                      Judge, United States Bankruptcy Court

                                                                  53
                                                               Form 155