# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daihana Aponte-Abreu<br>　　　　　Debtor(s)<br><br>Lakeview Loan Servicing, LLC,<br>　　　　　Movant<br>　　vs.<br><br>Daihana Aponte-Abreu<br>　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 22-12385 PMM<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Opposition of Lakeview Loan Servicing, LLC to Debtor's Motion to Vacate Stay Relief which was filed with the Court on or about January 24, 2024, Document No. 63.

Dated: March 14, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/Michael P. Farrington
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com