UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| IN RE: Daihana Aponte-Abreu, | : | |
| | : | |
| Debtor, | : | CHAPTER 13 |
| | : | |
| Lakeview Loan Servicing, LLC Movant, | : | |
| | : | |
| vs. | : | No. 22-12385-PMM |
| | : | |
| Daihana Aponte-Abreu, | : | |
| | : | |
| Debtor, | : | |
| | : | |
| Scott F. Waterman, | : | |
| | : | |
| Trustee. | : | 11 U.S.C. Section 362 |

---

CERTIFICATE OF NO RESPONSE TO DEBTOR'S MOTION TO VACATE
JANUARY 12, 2024 ORDER GRANTING RELIEF FROM STAY
FOR 216 CARRIAGE DRIVE, WERNERSVILLE, PA 19565

I certify that as of this date there is no answer, objection, or responsive pleading of any kind of record in response to Debtor's Motion to Vacate January 12, 2024 Order Granting Relief from Stay for 216 Carriage Drive, Wernersville, PA 19565.

March 28, 2024

/s/ David W. Tidd
David W. Tidd, Esquire
656 Ebersole Road
Reading, PA 19605
Phone: 610-838-8700
Fax:    610-743-8676
Email: bankruptcy@davidtiddlaw.com