UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Daihana Aponte-Abreu, | : | |
| Debtor, | : | CHAPTER 13 |
| Lakeview Loan Servicing, LLC Movant, | : | |
| vs. | : | No. 22-12385-PMM |
| Daihana Aponte-Abreu, | : | |
| Debtor, | : | |
| Scott F. Waterman, | : | |
| Trustee. | : | 11 U.S.C. Section 362 |

ORDER ON DEBTOR'S MOTION TO VACATE
JANUARY 12, 2024 ORDER GRANTING RELIEF FROM STAY
FOR 216 CARRIAGE DRIVE, WERNERSVILLE, PA 19565

AND NOW, this  28th  day of  March , 2024, it is hereby ORDERED that this Court's January 12, 2024 Order granting relief from the automatic stay for real property situated at 216 Carriage Drive, Wernersville, PA 19565 is VACATED.

_____
Patricia M. Mayer
United States Bankruptcy Judge