United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12385-pmm |
| Daihana Aponte-Abreu | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: Mar 28, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daihana Aponte-Abreu, 216 Carriage Drive, Wernersville, PA 19565-9470 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| DAVID W. TIDD | on behalf of Debtor Daihana Aponte-Abreu bankruptcy@davidtiddlaw.com lesliebrown.paralegal@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Mar 28, 2024     Form ID: pdf900     Total Noticed: 1
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN RE: Daihana Aponte-Abreu, | : | |
| | : | |
| Debtor, | : | CHAPTER 13 |
| | : | |
| Lakeview Loan Servicing, LLC Movant, | : | |
| | : | |
| vs. | : | No. 22-12385-PMM |
| | : | |
| Daihana Aponte-Abreu, | : | |
| | : | |
| Debtor, | : | |
| | : | |
| Scott F. Waterman, | : | |
| | : | |
| Trustee. | : | 11 U.S.C. Section 362 |

_____

ORDER ON DEBTOR'S MOTION TO VACATE
JANUARY 12, 2024 ORDER GRANTING RELIEF FROM STAY
FOR 216 CARRIAGE DRIVE, WERNERSVILLE, PA 19565

AND NOW, this  28th  day of  March , 2024, it is hereby ORDERED that this Court's January 12, 2024 Order granting relief from the automatic stay for real property situated at 216 Carriage Drive, Wernersville, PA 19565 is VACATED.

_____
Patricia M. Mayer
United States Bankruptcy Judge