Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 22-12385-PMM**

Daihana Aponte-Abreu  
216 Carriage Drive  
Wernersville  PA   19565

Petition Filed Date: 09/08/2022  
341 Hearing Date: 10/18/2022  
Confirmation Date: 10/19/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $135.00 | | 08/21/2023 | $135.00 | | 09/05/2023 | $135.00 | |
| 09/19/2023 | $135.00 | | 11/14/2023 | $435.00 | | 02/02/2024 | $400.00 | |
| 04/01/2024 | $1,000.00 | | 04/02/2024 | $787.00 | | 04/12/2024 | $237.50 | |
| 04/26/2024 | $237.50 | | 05/10/2024 | $237.50 | | 05/24/2024 | $237.50 | |
| 06/07/2024 | $237.50 | | 06/24/2024 | $237.50 | | 07/08/2024 | $237.50 | |
| 07/19/2024 | $237.50 | | | | | | | |

**Total Receipts for the Period: $5,062.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,236.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,313.00 | $3,313.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 001 | Unsecured Creditors | $106.20 | $0.00 | $106.20 |
| 2 | DIRECTV LLC »» 002 | Unsecured Creditors | $584.01 | $0.00 | $584.01 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $2,724.99 | $0.00 | $2,724.99 |
| 4 | US DEPARTMENT OF EDUCATION »» 004 | Unsecured Creditors | $14,660.97 | $0.00 | $14,660.97 |
| 5 | SUN FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $2,892.82 | $0.00 | $2,892.82 |
| 6 | MIDLAND CREDIT MANAGEMENT INC »» 006 | Unsecured Creditors | $735.30 | $0.00 | $735.30 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $207.99 | $0.00 | $207.99 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $151.57 | $0.00 | $151.57 |
| 9 | NEW JERSEY TURNPIKE AUTHORITY »» 009 | Unsecured Creditors | $285.15 | $0.00 | $285.15 |
| 10 | AMERICAN EXPRESS NATIONAL BANK »» 010 | Unsecured Creditors | $2,285.83 | $0.00 | $2,285.83 |
| 11 | WELLS FARGO BANK NEVADA NA »» 011 | Unsecured Creditors | $2,393.30 | $0.00 | $2,393.30 |
| 12 | VERIZON BY AIS AS AGENT »» 012 | Unsecured Creditors | $108.41 | $0.00 | $108.41 |
| 13 | VERIZON BY AIS AS AGENT »» 013 | Unsecured Creditors | $121.82 | $0.00 | $121.82 |

**Chapter 13 Case No. 22-12385-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | NATIONSTAR MORTGAGE LLC »» 014 | Mortgage Arrears | $13,905.47 | $2,960.11 | $10,945.36 |
| 15 | NATIONSTAR MORTGAGE LLC »» 14P | Mortgage Arrears | $4,569.73 | $972.77 | $3,596.96 |
| 16 | ATLANTIC CAPITAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CCI/CONTRACT CALLERS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CHASE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CREDIT COLLECTION SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | HOUSEHOLD FINANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | KEYSTONE CREDIT SVS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | MIDLAND FUNDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | RECEIVABLE MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SUN FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | UPLIFT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,236.00 | Current Monthly Payment: | $437.00 |
| Paid to Claims: | $7,245.88 | Arrearages: | ($190.00) |
| Paid to Trustee: | $776.37 | Total Plan Base: | $24,215.00 |
| Funds on Hand: | $213.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.