| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 22-12385-PMM**

Daihana Aponte-Abreu
216 Carriage Drive
Wernersville  PA   19565

Petition Filed Date: 09/08/2022
341 Hearing Date: 10/18/2022
Confirmation Date: 10/19/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | $237.50 | | 08/16/2024 | $237.50 | | 08/30/2024 | $237.50 | |
| 09/13/2024 | $237.50 | | 09/27/2024 | $237.50 | | 10/11/2024 | $237.50 | |
| 10/25/2024 | $237.50 | | 11/08/2024 | $237.50 | | 11/22/2024 | $237.50 | |
| 12/06/2024 | $237.50 | | 12/20/2024 | $237.50 | | 01/06/2025 | $237.50 | |
| 01/17/2025 | $237.50 | | 01/31/2025 | $237.50 | | 02/14/2025 | $237.50 | |
| 02/28/2025 | $237.50 | | 03/14/2025 | $237.50 | | 03/31/2025 | $237.50 | |
| 04/11/2025 | $237.50 | | 04/25/2025 | $237.50 | | 05/09/2025 | $237.50 | |
| 05/23/2025 | $237.50 | | 06/06/2025 | $237.50 | | 07/18/2025 | $237.50 | |

**Total Receipts for the Period: $5,700.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,936.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,313.00 | $3,313.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Unsecured Creditors | $106.20 | $0.00 | $106.20 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT for<br>»» 002 | Unsecured Creditors | $584.01 | $0.00 | $584.01 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $2,724.99 | $0.00 | $2,724.99 |
| 4 | US DEPARTMENT OF EDUCATION<br>»» 004 | Unsecured Creditors | $14,660.97 | $0.00 | $14,660.97 |
| 5 | SUN FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $2,892.82 | $0.00 | $2,892.82 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $735.30 | $0.00 | $735.30 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $207.99 | $0.00 | $207.99 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $151.57 | $0.00 | $151.57 |
| 9 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 009 | Unsecured Creditors | $285.15 | $0.00 | $285.15 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $2,285.83 | $0.00 | $2,285.83 |
| 11 | WELLS FARGO BANK NEVADA NA<br>»» 011 | Unsecured Creditors | $2,393.30 | $0.00 | $2,393.30 |
| 12 | VERIZON BY AIS AS AGENT<br>»» 012 | Unsecured Creditors | $108.41 | $0.00 | $108.41 |

**Chapter 13 Case No. 22-12385-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | VERIZON BY AIS AS AGENT »» 013 | Unsecured Creditors | $121.82 | $0.00 | $121.82 |
| 14 | NATIONSTAR MORTGAGE LLC »» 014 | Mortgage Arrears | $13,905.47 | $7,069.67 | $6,835.80 |
| 15 | NATIONSTAR MORTGAGE LLC »» 14P | Mortgage Arrears | $4,569.73 | $2,323.29 | $2,246.44 |
| 16 | ATLANTIC CAPITAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CCI/CONTRACT CALLERS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CHASE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CREDIT COLLECTION SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | HOUSEHOLD FINANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | KEYSTONE CREDIT SVS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | MIDLAND FUNDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | RECEIVABLE MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SUN FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | UPLIFT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,936.00 | Current Monthly Payment: | $437.00 |
| Paid to Claims: | $12,705.96 | Arrearages: | ($646.00) |
| Paid to Trustee: | $1,230.04 | Total Plan Base: | $24,215.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.